No. 79–64. ZBARAZ ET AL. *v.* MILLER, ACTING DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–1460. NATIONAL VAN LINES, INC., ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U. S. DEPARTMENT OF LABOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79–5179. TRACY ET AL. *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE. Pa. Commw. Ct. Certiorari denied.

No. 79–6128. SMITH *v.* HARTMAN, SHERIFF. C. A. 4th Cir. Certiorari denied.

No. 79–5533. BURKS *v.* TEXAS. Ct. Crim. App. Tex.;
No. 79–6099. STARVAGGI *v.* TEXAS. Ct. Crim. App. Tex.; and
No. 79–6350. BARFIELD *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. Reported below: No. 79–5533, 583 S. W. 2d 389; No. 79–6099, 593 S. W. 2d 323; No. 79–6350, 298 N. C. 306, 259 S. E. 2d 510.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 65, Orig. TEXAS *v.* NEW MEXICO, 446 U. S. 540; and
No. 78–1522. ANDRUS, SECRETARY OF THE INTERIOR *v.* UTAH, 446 U. S. 500. Petitions for rehearing denied.